# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ROLEX WATCH U.S.A., INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. 14 CV 8973 | |
| ARMEN HOVANISSIAN et al. | ) | |
| *Defendant* | ) | |

JUDGE SWEET

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARMEN HOVANISSIAN, both individually and d/b/a, PLATINUM AFFORDABLE LUXURY d/b/a PLATINUMAFFORDABLELUXURY.COM
6515 Woodman Avenue, Apt. 10
Van Nuys, CA 91401-1624

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Walter-Michael Lee, Esq.
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: NOV 1 2 2014

*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROLEX WATCH U.S.A, INC.,

        Plaintiff,

        -against-

ARMEN HOVANISSIAN, et al.,

        Defendants.
-----------------------------------------------------------X

Civil Action No. 14 CV 8973

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA  )
        S.S.:
COUNTY OF ORANGE    )

**JOHN R. SHULTZ**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

That on the 20th day of November, 2014, at approximately 12:04 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, FED. R. CIV. PRO. 7.1 DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS, AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon ARMEN HOVANISSIAN, INDIVIDUALLY at 6515 Woodman Avenue, Apt 10, Van Nuys, CA, by personally delivering and leaving the same with **ARMEN HOVANISSIAN** at that address. At the time of service, the manager of the building complex escorted deponent to the front door of that address. A man answered the door, but went back inside and slammed the door. The manager identified the man as Armen Hovanissian and deponent left the foregoing papers at the front door.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



ARMEN HOVANISSIAN is a tan (Armenian) male, approximately 35-40 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 190 pounds with black hair, and has scruffy facial hair.

_____
JOHN R. SHULTZ

Sworn to before me this
25th day of November, 2014

_____
NOTARY PUBLIC

COLLEEN DAWN
Commission # 2011693
Notary Public - California
Orange County
My Comm. Expires Apr 9, 2017

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com